John J. Talton, Chapter 13 Trustee  
Check No. 826092  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-62789 | 005-0 | STEVE F DAVID<br>Original Check written to:<br>AUSTIN BANK<br>ATTN: BANKRUPTCY DEPT<br>P O BOX 6950<br>LONGVIEW, TX  75608-6950 | xxxx0610 | 0.00 | 138.00 | 0.00 | 138.00 |
| 06-60033 | 012-0 | NANNETTE THORNTON RAINER<br>Original Check written to:<br>SMITH COUNTY<br>TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX  75710-2011 | xxxxxxxxxxxxxxxxxx2004 | 0.00 | 14.65 | 5.25 | 19.90 |
| 06-60033 | 013-0 | NANNETTE THORNTON RAINER<br>Original Check written to:<br>WHITEHOUSE ISD TAX A/C<br>P O DRAWER 2011<br>TYLER, TX  75710 | xxxxxxxxxxxxxxxxxx2004 | 0.00 | 24.70 | 8.75 | 33.45 |
| 06-60110 | 014-0 | RICKY D FOSTER<br>Original Check written to:<br>WHITEHOUSE ISD TAX A/C<br>P O DRAWER 2011<br>TYLER, TX  75710 | xxxxxxxxxxxxxxxxxx006} | 0.00 | 717.17 | 329.82 | 1,046.99 |
| 06-60110 | 015-0 | RICKY D FOSTER<br>Original Check written to:<br>SMITH COUNTY<br>TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX  75710-2011 | xxxxxxxxxxxxxxxxxx006} | 0.00 | 159.52 | 73.60 | 233.12 |
| 07-20237 | 020-0 | SHARLINE JETTON<br>Original Check written to:<br>NCO FINANCIAL SYSTEMS INC<br>P O BOX 41567<br>PHILADELPHIA, PA  19101- | xxxxxxxxxxxxxxxO952 | 333.68 | 89.76 | 0.00 | 89.76 |
| 08-61026 | 018-0 | MARTHA S. MAYS<br>Original Check written to:<br>HENDERSON COUNTY<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX  78680- | xxxxxxxxxxxxxxxx00-A | 0.00 | 16.05 | 0.32 | 16.37 |