John J. Talton, Chapter 13 Trustee

Check No. 832133

Pay to: CLERK  Clerk of the Court

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

NOTICE TO DEPOSIT FUNDS

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-62789 | 999-0 | STEVE F DAVID<br>Original Check written to:<br>STEVE F DAVID<br>RT 7 BOX 1473<br>JACKSONVILLE, TX  75766 | | 0.00 | 1,190.00 | 0.00 | 1,190.00 |
| 06-60082 | 999-0 | CYNTHIA A SHELTON<br>Original Check written to:<br>CYNTHIA A SHELTON<br>206 SJ CIRCLE<br>MABANK, TX  75147 | | 0.00 | 1,394.18 | 0.00 | 1,394.18 |
| 06-60203 | 002-0 | KYLE A TAYLOR<br>Original Check written to:<br>HOSPITAL RECEIVABLES<br>P O BOX 816165<br>DALLAS, TX  75381 | xxxxx77-9 | 3,668.92 | 501.08 | 0.00 | 501.08 |
| 06-60470 | 014-0 | JIMMY L. GIDDINGS<br>Original Check written to:<br>GREGG COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET #1600<br>DALLAS, TX  75201-2644 | | 0.00 | 437.84 | 113.88 | 551.72 |
| 07-60910 | 002-0 | WANDA F ROSS<br>Original Check written to:<br>AMERICAN GENERAL FINANCE<br>1700 SSE LOOP 323 #320<br>TYLER, TX  75701 | xxxx0340 | 0.00 | 471.95 | 22.05 | 494.00 |
| 09-60410 | 034-0 | JOHN W. MYERS, III<br>Original Check written to:<br>CAYUGA ISD<br>2323 BRYAN STREET #1600<br>DALLAS, TX  75201-2644 | xx6052 | 691.15 | 41.97 | 86.42 | 128.39 |
| 09-61256 | 039-0 | CASSANDRA BRAGER<br>Original Check written to:<br>CITIFINANCIAL<br>103 1/2 HIGHWAY 64<br>HENDERSON, TX  75652- | 6435 | 1,654.25 | 0.00 | 1.91 | 1.91 |