Revised 04-2009

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS


Application (1)

11 JUL 13 PM 12:43

IN RE:

___STEVE F David___
Debtor

___#5-62780___
Bankruptcy Case Number

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: ___Steve Frederick David___

MAILING ADDRESS: ___628 County Road 3110___

CITY: ___Jacksonville___ STATE: ___TX___ ZIP: ___75766___

and that a dividend in the amount of $ ___595.00___ was awarded in this case which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies under penalty of perjury that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: ___7/13/11___    ___Steve F David___
                        Claimant's Signature

Mail to:    United States Bankruptcy Court
            110 N. College Avenue, 8th Floor
            Tyler, TX 75702

# CERTIFICATE OF SERVICE

In accordance with Title 28 U.S.C. Section 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to [check one as applicable]:

For all cases in **Beaumont & Lufkin** divisions (five-digit case number beginning with 1 or 9):

☐ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
350 Magnolia Avenue, Suite 150
Beaumont, TX 77701-2248

For all cases in **Marshall & Tyler** divisions (five-digit case number beginning with 2 or 6):

☒ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
110 North College Avenue, Suite 700
Tyler, TX 75702-0204

For all cases in **Paris, Sherman, & Texarkana** divisions (five-digit case number beginning with 3, 4 or 5):

☐ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
101 East Park Boulevard, Suite 500
Plano, Texas 75074-8858

Date: 7/13/11     _[signature]_
                  Claimant's Signature

![VA Seal]

**DEPARTMENT OF VETERANS AFFAIRS**
VA Regional Office
110 9th Avenue South
Nashville TN 37203

July 7, 2011

STEVE L DAVID
628 COUNTY ROAD 3110
JACKSONVILLE TX 75766

In Reply Refer To: 320/NCC/CW
C 21 981 383
DAVID, Steve L

Dear Mr. David:

This is in reply to your request for a statement verifying your service connected disabilities.

Department of Veterans Affairs (VA) records show your service-connected disabilities are rated 100 percent disabling.

If you have further questions, please call toll-free, 1-800-827-1000, Monday-Friday. A Veterans benefits counselor will be glad to help you.

Sincerely yours,

*Millie Ezell-Smith*
Millie Ezell-Smith
Acting Manager, National Call Center

Email us at: https://iris.va.gov

*[Handwritten note:] Jackie Davis stold over $75000 in 13 and 1/2 years that way we had to go bank rep, all from my my disably and my SS,*

*[Signature:] Steve T David*

