

**EOD**
08/01/2011

## ORDER GRANTING APPLICATION FOR PAYMENT
## OF UNCLAIMED FUNDS

| | |
|---|---|
| Steve F. David and Jackie L. David <br><br> Debtors | 05-62789 <br><br> Bankruptcy Case Number |

The Court having considered the Application for Payment of Unclaimed Funds filed by:

Steve F. David, 628 CR 3110, Jacksonville, TX 75766,

("Claimant") for payment of a dividend from unclaimed funds in the amount of $595.00,

and, it appearing to the Court that the Claimant is entitled to receive payment, and, these funds are now on deposit in the Treasury of the United States, and that proper notice of the Application was given to the United States Attorney for the Eastern District of Texas pursuant to Title 28 U.S.C. Section 2Ø2,

**IT IS THEREFORE ORDERED** that the Clerk of the Bankruptcy Court direct the issuance of a draft upon the Treasury of the United States in the amount stated above and payable to the Claimant.

**IT IS FURTHER ORDERED** that the Clerk shall retain the sum of $595.00 in the unclaimed funds account for the benefit of the Debtor, Jackie L. David, which can be accessed by the unclaimed fund procedures outlined on the court's website, www.txeb.uscourts.gov.

Signed on 07/30/2011

THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE